408 A.2d 846

**Charles E. JENNINGS and Mary Ann Jennings, his wife, Appellees,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 25, 1979.

Decided Dec. 21, 1979.

Edward G. Biester, Jr., Atty. Gen., Jeffrey L. Giltenboth, Sp. Asst. Atty. Gen., Robert W. Cunliffe, Deputy Atty. Gen., Pittsburgh, for appellant.

William P. Bresnahan, O'Donnell, Bresnahan, Caputo & Capristo, Pittsburgh, for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

Order affirmed.

MANDERINO, J., did not participate in the decision of this case.